COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| x INITIAL APPEARANCE | DATE: 6/8/06 |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | DIGITAL Recording : 2:53 - 2:58 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda Robinson
CASE NO. 2:06mj57-VPM    DEFENDANT NAME: Jerome McDaniel
AUSA: Verne Speirs    DEFT. ATTY: Patricia Kemp
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Tamara Martin    USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest or ❒ Arrest Rule 5: 6/8/06 |
| ❒ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒ set for |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | **BOND EXECUTED (M/D AL charges)** $. |
| ❒ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| √ | **Bond not executed. Defendant to remain in Marshal's custody** |
| ❒ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 ID hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❒ | WAIVER of Speedy Trial. CRIMINAL TERM: |