AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA<br>V.<br><br>MICHAEL JEROME MCDANIEL | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 6:05cr25 | | 2:06mj57-VPM |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

   X Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of     21     U.S.C. § 846

**DISTRICT OF OFFENSE**

Eastern District of Texas

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Possess With Intent to Distribute Marijuana

ATTEST: A True Copy.
Certified to _____, 20 06
Clerk, U.S. District Court,
Middle District of Alabama
BY _____ Deputy Clerk

**CURRENT BOND STATUS:**

    ☐ Bail fixed at       and conditions were not met
    ☐ Government moved for detention and defendant detained after hearing in District of Arrest
    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    X Other     Remanded to Custody of US Marshal for return to Eastern District of Texas

**Representation:** ☐ Retained Own Counsel     X Federal Defender Organization     ☐ CJA Attorney     ☐ None

**Interpreter Required?**     X No     ☐ Yes     Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 12 June 2006 | /s/ Vanzetta Penn McPherson |
|---|---|
| Date | Judge |

RETURNED AND FILED
MAY 18 2007

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 09 April 7 | FCI TDG | 09 April 7 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 09 April 7 | D.B. Drew, Warden | S. Stokes, LIE |